# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00442-CV

### In re Healthy Innovations, Inc. and Kevin C. Serafini

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The Motion of Relators Healthy Innovations, Inc. and Kevin C. Serafini to Dismiss Petition for Writ of Mandamus is granted.  This petition is dismissed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   June 25, 2009